USDC SCAN INDEX SHEET

















LMH    11/17/04    16:15

3:04-CV-01323   CALABRESE V. USA

*16*

*LTR.*

November 12, 2004

Thomas G. Calabrese
329 Via Del Astro
Oceanside, Ca. 92057 –7339



Case No.  04cv- 1323- BEN-  (JMA)

United States District Judge Roger Benitez

My attorney  Dale Larabee has just forwarded your order granting
motion to dismiss without prejudice to my home.

For the record I know you are under no obligation to help or assist me and
from past experience I would not be surprised if you choose not to, but after
spending over twenty five years in either the military or federal service I
have learned the hard way that I only have control over my own code of
conduct and no one else's

My attorney has resigned from my case citing that it is a lost cause,
therefore I must proceed on my own.

I am Vietnam veteran who has been honorably discharged from the Marine
Corps, Navy and Army. (see enclosed)  I took an oath to protect human life
and government property in the service of my country. Despite the risks
from foreign and domestic enemies like Richard Thompson and Frank Cline
I always tried to do my job.

Richard Thompson and Frank Cline are criminals. Their actions
endangered my life and affected my health (see sworn deposition from
Charles Hergesheimer)

Richard Thompson reprised against me because I reported his numerous
abuses against military families (see Rosie Torres' statements.)

Richard Thompson and cohorts in crime tried to intimidate victims into
making false statements (see Toni Riano's statements)

I  was ordered by Richard Thompson and Frank Cline to withhold
information from military families concerning mold and asbestos. (see
enclosed)

When I made public statements on Channel 10 news concerning these
abuses, Richard Thompson placed me on Administrative Leave without
cause . (see enclosed)



2)

 Despite my repeated efforts to report Richard Thompson and Frank Cline to base officials the abuses never stopped.  In fact Camp Pendleton officials ignored Administrative Judge Lonnie Bartholomew ruling concerning jurisdiction. They disputed their own statements and falsified information to the EEOC in Washington to impede an investigation. (see enclosed)

Over two hundred marines from Camp Pendleton have died in Iraq. Some of those marines have families on base. It was my job to protect those families. It is the government's job to protect me. As long as Richard Thompson and Frank Cline continue to work in base housing and their accomplices protect them…military families will suffer at their hands.

 I am asking you to give me the proper information to proceed ahead. My federal career has been destroyed and my health has been deeply affected as well.
You mentioned something about an Administrative claim…. I realize you enforce the law but please consider the quote from Supreme Court Justice Louis Brandeis that goes something like this " The government shall adhere to the same laws that it commands of its citizen." I think the case was Olmstead 1929.

How do I proceed ahead from my point?

Respectfully submitted

*Thomas Calabrese*

Thomas Calabrese

November 12, 2004

Thomas G. Calabrese
329 Via Del Astro
Oceanside, Ca. 92057 –7339

Case No.  04cv- 1323- BEN-  (JMA)

United States District Judge Roger Benitez

My attorney  Dale Larabee has just forwarded your order granting
motion to dismiss without prejudice to my home.
   For the record I know you are under no obligation to help or assist me and
from past experience I would not be surprised if you choose not to, but after
spending over twenty five years in either the military or federal service I
have learned the hard way that I only have control over my own code of
conduct and no one else's
   My attorney has resigned from my case citing that it is a lost cause,
therefore I must proceed on my own.
   I am Vietnam veteran who has been honorably discharged from the Marine
Corps, Navy and Army. (see enclosed)  I took an oath to protect human life
and government property in the service of my country. Despite the risks
from foreign and domestic enemies like Richard Thompson and Frank Cline
I always tried to do my job.
   Richard Thompson and Frank Cline are criminals. Their actions
endangered my life and affected my health (see sworn deposition from
Charles Hergesheimer)
   Richard Thompson reprised against me because I reported his numerous
abuses against military families (see Rosie Torres' statements .
   Richard Thompson and cohorts in crime tried to intimidate victims into
making false statements (see Toni Riano's statements)
   I  was ordered by Richard Thompson and Frank Cline to withhold
information from military families concerning mold and asbestos. (see
enclosed)
   When I  made public statements on Channel 10 news concerning these
abuses, Richard Thompson placed me on Administrative Leave without
cause . (see enclosed)

2)

Despite my repeated efforts to report  Richard Thompson and Frank Cline to base officials the abuses never stopped.  In fact Camp Pendleton officials ignored Administrative Judge Lonnie Bartholomew ruling concerning jurisdiction. Disputed their own statements and falsified information to the EEOC in Washington to impede an investigation. ( see enclosed)

Over two hundred marines from Camp Pendleton have died in Iraq. Some of those marines have families on base. It was my job to protect those families. *It is the government's job to protect me. As long as Richard Thompson and Frank Cline* continue to work in base housing and their accomplices protect them…military families will suffer at their hands.

 I am asking you to give me the proper information to proceed ahead. My federal career has been destroyed and my health has been deeply affected as well.
You mentioned something about an Administrative claim…. I realize you enforce the law but please consider the quote from Supreme Court Justice Louis Brandeis that goes something like this " The government shall adhere to the same laws that it commands of its citizen." I think the case was Olmstead 1929.

How do I proceed ahead from my point.

Respectfully submitted

Thomas Calabrese

04 NOV -4 AM 8:21

...DISTRICT OF CALIF...

BY:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TOM CALABRESE,

        Plaintiff,

  vs.

UNITED STATES OF AMERICA,

        Defendant.

CASE NO. 04cv1323-BEN (JMA)

**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**

  Now before the Court is Defendant's Motion to Dismiss. The Court has determined that a hearing is not necessary. Having reviewed the Complaint, the Notice of Removal, the Certification of Scope of Employment, and the motion and opposition papers, the Court **Grants** the Motion to Dismiss without prejudice.

  Plaintiff is a former federal employee who filed a tort action against his two former supervisors, Cline and Thompson, arising out of his employment and termination. Pursuant to statute, the case was removed to this Court and the United States of America was substituted as defendant. Also pursuant to statute, the Attorney General (through an Assistant United States Attorney) has filed a certification that Cline and Thompson were acting within the scope of their duties at the time of the alleged tortious acts. Thus, the action is now one brought under the Federal Tort Claims Act ("FTCA").

  Plaintiff argues that the scope of employment certification was incorrect. Plaintiff seeks a hearing to introduce evidence that his two supervisors "were out to get him fired and didn't care



1   how they did it." Plaintiff's Points and Authorities in Opposition, at 3.  Curiously, to support his

2   argument Plaintiff relies only on three cases from other circuits: *Garcia v. U.S.*, 62 F.3d 126 (5th

3   Cir. 1995); *Arbour v. Jenkins*, 903 F.2d 416 (6th Cir. 1990); and *Stokes v. Cross*, 327 F.3d 1210

4   (D.C. Cir. 2003).  None of the cases require a hearing when the effort would be futile.

5          A plaintiff may challenge a scope-of-employment certification, but when he does so he

6   carries the burden of proof.  The plaintiff bears the burden of disproving the certification by a

7   preponderance of the evidence.  *Green v. Hall*, 8 F.3d 695, 698 (9th Cir. 1993), *cert. denied*, 513

8   U.S. 809 (1994).  Plaintiff has not offered any evidence in support of his request to challenge the

9   certification.  Yet, even if one accepts Plaintiff's version of events as described in his opposition

10  papers, Plaintiff's challenge would be unsuccessful and the certification would still be correct .

11  This is because even viewing the potential evidence in the light most favorable to Plaintiff,

12  Plaintiff's supervisors (Cline and Thompson) would still be considered to be acting within their

13  scope of employment.

14         Because all of the alleged acts took place on or around the Camp Pendleton Marine Corps

15  Base in California, California employment law applies.  *McLachlan v. Bell*, 261 F.3d 908, 911 (9th

16  Cir. 2001).  Under California law, scope of employment has been interpreted broadly.  *Id.*;

17  *Pelletier v. F.H.L.B. of San Francisco*, 968 F.2d 865 (9th Cir. 1992)(scope of employment includes

18  unauthorized, or even prohibited conduct if the risk of that conduct is one that may fairly be

19  regarded as typical or broadly incidental to the enterprise undertaken by the employer), *rev'd on*

20  *other grounds sub nom, Behrens v. Pelletier*, 516 U.S. 299 (1996).  Even malicious and willful

21  torts of an employee may be within the scope of employment.  *McLachlan*, 261 F.2d., at 911.  This

22  is true even when the actions violate express rules and confer no benefit on the employer.  *Id.*

23  Only when the acts complained of substantially deviate from employment duties and are personal

24  in the nature of sexual misconduct is there room for an exception.  Even then, where a police office

25  rapes a traffic violator it has been held to be within the scope of employment.  *Id.*, at 911-12.  As

26  the Ninth Circuit observed, "[t]here is unfortunately nothing unusual or startling about personal

27  hostility, backbiting, resentment of another's success, false rumors, and malicious gossip in the

28  workplace." *Id.*, at 912.

- 2 -

# United States Marine Corps

from the Armed Forces of the United States of America

FIDELI CERTA MERCES

This is to certify that

LANCE CORPORAL (E-3) THOMAS G. CALABRESE 490500061

was Honorably Discharged from the

This certificate is awarded as a testimonial of Honest and Faithful Service

on the 25 TH day of AUGUST, 1974

J. W. WINTERS
MAJOR, U. S. MARINE CORPS

**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO

MSDM-3-sfb
1650
8 AUG 1978

Mr. Thomas G. Calabrese
514 Prospect Blvd.
Kansas City, Missouri 64124

Dear Mr. Calabrese:

This is in reply to your request of July 10, 1978, in regard to the Purple Heart.

The Purple Heart and certificate to which you are entitled for a wound received in action against the enemy on October 17, 1969, in Vietnam are forwarded as enclosures (1) and (2).

Sincerely,

H. THOMAS
Head, Medals Section
Decorations and Medals Branch
By direction of the Commandant of the Marine Corps

Encl:
(1) Purple Heart
(2) Purple Heart Certificate

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782

TO

Corporal Thomas B. Calabrese, Jr., U.S. Marine Corps

### FOR WOUNDS RECEIVED
IN ACTION

in Vietnam on 17 October 1969

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 23rd DAY OF June 19 7 11



GENERAL, U. S. MARINE CORPS
COMMANDANT OF THE MARINE CORPS




DD 256N (Rev. 9-83)

Honorable Discharge

from the Armed Forces of the United States of America



This is to certify that

THOMAS GUY CALABRESE JR    490 50 0061    UT3    USNR

was Honorably Discharged from the

United States Navy

on the 2ND day of DECEMBER 1985

This certificate is awarded as a testimonial of Honest and Faithful Service

C. R. English

C. R. ENGLISH, CAPTAIN USNR
Commanding Officer
Naval Reserve Personnel Center



**Honorable Discharge**

from the Armed Forces of the United States of America

This is to certify that

CALABRESE  THOMAS  GUY  JR    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    PFC    USAR

was Honorably Discharged from the

**United States Army**

on the ___1ST___ day of ___SEPTEMBER 1984___. This certificate is awarded as a testimonial of Honest and Faithful Service

RUSS G. PICKUS
COLONEL

DD FORM NO. 256A 1 MAY 50

UNITED STATES OF AMERICA
MERIT SERVICE PROTECTION BOARD
SAN FRANCISCO REGIONAL OFFICE

TOM CALABRESE,                          )    DOCKET NUMBER
                                        )    SF-0752-02-0536-1-1
            Appellant                   )
                                        )    Date: November 22, 2002
    v.                                  )
                                        )    DECLARATION OF CHARLES
DEPARTMENT OF THE NAVY                  )    HERGESHEIMER, M.D.
                                        )
            Agency                      )    TRIAL DECEMBER 4, 2002
_____        )
                                        )
                                        )
                                        )

I, Charles Hergesheimer, M.D., hereby declares and avers as follows:

1. I have personal knowledge of the facts contained in this Declaration/Affidavit and I could testify to the truth of the facts and opinions if I was asked to do so at Hearing or at Trial;

2. I am a medical doctor. I have attached the most recent copy of my curriculum vitae to this Declaration and I incorporate it by this reference.

3. I have been treating Tom Calabrese ("Calabrese") for job induced stress since March 2001. Calabrese has been suffering from stress related anxiety. Calabrese's psychological problems were the direct result of his working conditions.

4. When I began to treat Calabrese, I took a complete and detailed history. I also urged him, as I do all my patients, to be forthcoming with all information so I would be able to make an accurate diagnosis, as well as design an

1  effective treatment plan. While I was treating Calabrese, he was also under

2  the care of Doctor Arvin L. Mirow ("Mirow"), a psychiatrist. Dr. Mirow had

3  Calabrese on four medications during this period: Neurotin, Zyprexa,

4  Klonopin, and Serzone.

5  5. I placed Calabrese on medical leaves of absence for job induced stress and

6  anxiety. The first April 9, 2001 through July 9, 2001. The second from July 9,

7  2001 through August 9, 2001. I placed Calabrese on 120 days of medical

8  leave of absence because in my opinion it was necessary to improve his

9  medical condition. Calabrese continued to remain under my care even after he

10 returned to work.

11 5.5 On November 29, 2001, I wrote a note that said, "Patient is currently

12 under treatment for stress and anxiety. He may need to temporarily remove

13 himself from situations to avoid further stress/anxiety such as confrontations

14 in the workplace." I did this because Calabrese thought his supervisors were

15 trying to provoke him and he wanted to walk away without facing disciplinary

16 actions. Apparently, my request for Calabrese's leave was refused.

17 6. In December 2001, Calabrese's medical condition began to worsen when

18 he started to experience disabling effects from his stressful work environment.

19 I decided to advise leave from January 1, 2002 until January 31, 2002. I

20 wrote, "Due to patient's report of overwhelming anxiety he should be placed

21 on leave of absence form 1/1/02 to 1/31/02." I was emphatically clear that he

22 should be placed on leave of absence. There was no ambiguity in my

23 statement. The fact that Calabrese himself reported his symptoms to me was

24 irrelevant. The final decision on his course of treatment was my responsibility

25 as his attending physician.

26 7. My decision to request a thirty day leave was based on my medical

27 expertise and thorough knowledge of Calabrese's medical condition. It never

28

2

1   occurred to me that Calabrese's supervisors would dispute my diagnosis and

2   prognosis. It also never occurred to me that Calabrese's supervisors would

3   ignore my instructions.

4   8. In my opinion, Calabrese should not have been at work after January 1,

5   2002. He definitely should not have been in his work environment on January

6   11, 2002. One of the main reasons I requested this third leave of absence was

7   to eliminate the chances of Calabrese becoming involved in a confrontation

8   with his supervisors. I felt the effects of these types of situations greatly

9   increased Calabrese's stress and anxiety.

10  9. During my entire course of treatment, I never felt that Calabrese posed a

11  threat to his co-workers otherwise I would have been required by law to

12  report it.

13  10. After the denial for medical leave, Calabrese's medical condition

14  worsened. He faxed me a letter stating the seriousness of his symptoms. On

15  January 7, 2002, I met with Calabrese at my office to discuss his situation.

16  11. I was never contacted directly by Calabrese's supervisors to talk about

17  his prognosis or diagnosis. Calabrese's supervisors did not contact me after

18  the apparent verbal confrontation on January 11, 2002 to discuss Calabrese's

19  medical condition at that time. I was not contacted by his supervisors prior to

20  June 22, 2002 when Calabrese was terminated. Even then, Calabrese's

21  supervisors never directly spoke or communicated with me regarding his

22  medical condition or my assessment of his ability to work in that

23  environment.

24

25  I hereby aver and testify under penalty of perjury the foregoing is true to the

26  best of my knowledge. I have in good faith prepared this

27  Declaration/Affidavit believing it complies with the law. Read, signed and

28

3

DECLARATION OF CHARLES HERGESHEIMER IN SUPPORT OF MOTION

dated in Vista, CA 92101.


December 2, 2002

Charles E. Hergesheimer, M.D.

4

DECLARATION OF CHARLES HERGESHEIMER IN SUPPORT OF MOTION

4/2/01

910 Sycamore Avenue
Suites 110,270
Vista, CA 92083

Work (760) 598-1776

# Charles Hergesheimer, MD

| | | |
|---|---|---|
| **Education** | 9/82 to 6/86 | University of California, Riverside |
| | | B.S., Psychobiology |
| | 9/87 to 6/91 | University of Southern California  - M.D. |

**Current Position**

1998  to present
Medical Group of North County
910 Sycamore Avenue Suite 270
Vista, CA 92083

1998 to present
Investigator
The Damluji Research Center
910 Sycamore Avenue Suite 110,270
Vista, CA 92083

**Employment
History**

1994-1998
SHARP Mission Park Medical Group
2001 Mission Avenue, Oceanside CA 92056

**Internship**

University of California, San Diego, Medical Center 6/91 to 6/92
Internal Medicine

**Residency**

University of California, San Diego, Medical Center 7/92 to 6/94
Internal Medicine

**Awards/Honors**

Alpha Omega Honor Society, 10/90

University of California, Cum Laude, 6/86

**Medical Licensure**

California, G076058

**Committees**

Internal Medicine Department, Tri-City Medical Center, 10-94 to present

Infection Control Committee, Tri-City Medical Center, 7/97 to 7/98

Utilization Review Committee, Tri-City Medical Center 7/96 to 7/98

Disaster Committee. Tri-City Medical Center, 7/95 to 7/96

Internal Medicine Division, SHARP Mission Park Medical Group, 8/94 to 7/98

Pharmacy and Therapeutics Committee, Sharp Mission Park Medical Group 4/95 to 7/97

Quality Control committee, SHARP Mission Park, 9/96 to 8/98

**Board Certification**   American Board of Internal Medicine, August 1994

**Clinical Trials Research**

Dementia Trials:

HWA-285 Protocol 301; Alzheimer's Disease, 1998-1999
HWA-285 Protocol 302; Vascular Dementia, 1998-1999

The Efficacy. Safety and Tolerability of Lazabemide (R019-6327) Versus Placebo, Administered One Year in Patients with Probable Alzheimer's Disease (NINCDSA/ADRDA Criteria), Protodigm Ltd. 1998-1999.

Metrifonate Investigational Nationwide Trial (M.I.N.T.), Bayer Corporation. 1998

Long Term Efficacy, safety and Healthcare Outcomes in Patients Receiving open Label Lazabemide Therapy, Protodigm Ltd. 1998-2000.

A 24 Week. Multi-Center, Randomized, Placebo-Controlled, Evaluation of the Efficacy and Safety of Donepezil Hydrochloride (E2020) in Patients with Dementia Associated with Cerebrovascular Disease, Eisai. 1998-2001.

A 30 Week. Open Label Evaluation of Donepezil Hydrochloride (E2020) in Patients with Dementia Associated with Cerebrovascular Disease. Eisai. 1998-2001.

Randomized. Double-Blind, Randomized, placebo controlled multicenter trial to demonstrate the clinical efficacy and safety of two different doses of Ginkgo Biloba special extract Egb 761 in patients suffering from Dementia of the Alzheimer's Type according to DSM-IV & NINCDS/ADRDA criteria. Schwabe. 1999-2000.

Safety and Efficacy of Olanzapine on Cognitive Symptoms in Subjects with Mild to Moderate Alzheimer's Dementia Without Psychosis. Eli Lilly and Company. 1999-2000.

A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate AIT-082 in patients with Probable Alzheimer's Disease of Mild to Moderate Severity. NeoTherapeutics. 1999-2000.

Open Label extension:   A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate AIT-082 in Patients with Probable Alzheimer's Disease of Mild to Moderate Severity (90 Day Treatment Period Plus 60 Day Follow up). NeoTherapeutics. 2000-2001.

**Additional Research Protocols:**

A Twenty-eight week, double-blind and observer-blind to lipid values, randomized, parallel-group, multicenter, positive controlled study to assess the efficacy and safety of an experimental medication in patients with primary hypercholesterolemia. 1998.

A randomized, double-blind, placebo controlled, multicenter study to assess the safety and efficacy of an experimental medication at two dose regimens and placebo in patients with constipation predominant irritable-bowel syndrome. 1998.

Comparative Safety and Efficacy of Cefditoren Pivoxil and Amoxicillin/Clvuanate (Augmentin®) in the Treatment of Community-Acquired Pneumonia. TAP Holdings, Inc. 1998-1999.

A 52 Week, Double-Blind, Randomized, Placebo Controlled, Multicenter Trial to Evaluate the Efficacy of Orlistat Plus Diet in Obese Hypertensive Patients Inadequately Controlled with Antihypertensive Medication(s). Roche Pharmaceuticals. 1998-2000.

Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicenter Study to Investigate the Efficacy and Safety of Inhaled Zanamivir 10mg Administered Twice Daily for Five Days in the Treatment of Symptomatic Influenza A and B Viral Infections in Subjects Aged $\geq$ 65 Years. Glaxo Wellcome, Inc. 1999-2000.

A Comparative Study of the Efficacy and Safety of Clari Extended Release tablets and Clari Immediate Release Tablets for the Treatment of Subjects with AECB. Abbott Laboratories. 1998-1999.

Comparative Study of the Safety and Efficacy of Two Oral Doses of ABT-773 for the Treatment of Community-Acquired Pneumonia. Abbott Laboratories. 2001-present.

Comparative Study of the Safety and Efficacy of ABT-773 150mg QD for 5 days and Azithromycin 250mg X 2 QD for Day 1, 250mg QD for Days 2-5, for the Treatment of Subjects with Acute Bacterial Exacerbation of Chronic Bronchitis. Abbott Laboratories. 2001-Present.

 The Medical Board of California
1426 Howe Avenue, Suite 54
Sacramento, California   95825-3236 

Consumer
Affairs

*PHYSICIAN AND SURGEON*

CERTIFICATE NO.   G76058                    EXPIRATION   12/31/2002

CHARLES E. HERGESHEIMER
910 SYCAMORE AVENUE STE 270
VISTA CA 92083

ORIGINAL
ISSUANCE DATE                              RECEIPT NO.
03/01/1993                                 27600323

Received by
Calabrose
7 Sept 01

To Whom this may Concern:

Hello! This is David and Rosie Torres and we live at 124 C Ash Rd. We have a couple of concerns regarding our house. Recently in the past 2½ to 3 months the family below us and diagonal from us were evacuated from their homes due to mold, water leaks, mushrooms growing and the list goes on and on. In those months my family has begun to be very sick. We have all had vomiting, diarrhea that has lasted for weeks & other illnesses. We have never had these problems until all "these" problems happened in our complex. We have gone to the doctor on a regular basis lately. We feel the cause of this is due to the mold & water leakage throughout this complex. Also on a regular basis there will be a stench in the house. We haven't had that until recently when the family below us moved out. We would be happy to let you see our home & I'm sure the houses below us. We are asking that you please move us to a different house as soon as possible. The "problems" below our house are affecting us physically & we are a rather healthy family. Please help us for we are tired of all this sickness & smell.

Our # is 760-430-0260

Address - 124 C Ash Rd.                    David & Rosie Torres

-If you need more details on anything please call me.

# COMPLAINT REPORT
MCBCP 11101/19 (12-67)

This form is to be filled out and signed by the military head of the family, or in the case of civilian tenants, by the person assigned the unit. Extreme deliberation and care should be exercised by any person before filing a complaint against another, as an unjustified complaint will react unfavorably against the person responsible. In extreme cases this may be used as grounds for recommendation to the Commanding General for dispossession of the person responsible.

Names, time, date, witnesses (if possible) and full circumstances must be listed..

**NAME OF PERSON MAKING COMPLAINT (LAST, FIRST, MIDDLE)**
Torres, Rosie Lee

**STREET ADDRESS**
124 C Ash Rd.

**HOME PHONE** 430-0260   **BUSINESS PHONE**

**NAME OF HOUSING AREA**
WireMountain 1

**DATE POLICE NOTIFIED**

**NAME OF PERSON COMPLAINED AGAINST**
Richard Thompson

**STREET ADDRESS**

**NATURE OF COMPLAINT**

Mr. Thompson gave me a call on the phone to talk about a paper of concerns in which I had given Tom Kalabreezy (The paper was concerning about our sickness due to this housing.) He asked the nature of my sickness & told me that he would be at my house in 10 min. He was very ignorant in his tone of voice & speech. He came to my house & I was outside by my door. He asked if I was Rosie Torres & preceded in Spanish & laughing about it. I told him I didn't know Spanish & he just smiled. We went to 124 A & he took me inside. He asked "Do you see any mold here" & proceeded to tell him that cleaners had cleaned a lot of it up. He said "There was no mold here". We went to 124 B & Everything I tried to say he cut me off. He told me that there again was no mold & that we must be sick from something else. I tried to talk to him about my concerns of my familys health & he kept raking his head & cutting me off. He let me know he did not want to listen to anything I had to say. He told me he would sent a safety man out but that was all. He didnot mention us being relocated to any other house. This guy was a real jerk & didnot listen to anything I had to say. I would appreciate having from now on talking to someone else other than him. I do not want to have to deal w/ him on these issues anymore. I feel he was unfair & unjust. All I ask is that I from now on work w/ someone else. Thank-you!

**NAMES OF WITNESSES**

**SIGNATURE OF PERSON MAKING COMPLAINT**
Rosie Torres

**DATE** Sept. 10, 01

**ACTION TAKEN**

**SIGNATURE**

**DATE**

010914

To whom it may concern;

Mrs. Rosie Torres and family live on base in one of the housing units. I was informed by the building inspector that there are molds in the units that trigerred upper respiratory infections in the family and their neighbors.

I strongly recommend relocating to another base housing. Thank you.

If you have any questions please feel free to call me at 760 966-7500.

Thank you.


Sincerely,


Ma. Cecilia J Cudal, MD

**TRICARE OUTPATIENT CLINIC**
**2122 EL CAMINO REAL SUITE # 100**
**OCEANSIDE, CA 92054**
**(760) 966-7500**

To whom it may concern:

The date is Dec 9, 01. To this date, no one has contacted me regarding our house. Tom Calabresse was told a while back that my husband and I had been contacted by base housing. That is not true. No one, including Richard Thompson has called us or came over since he visited us other than a m who measured the moisture in our walls & floor.

Our family has continued to be sick on a regular basis. Our youngest son is constantly sick and this past week was in the ER for throw-uping. This past week I also found out I was 2 months pregnant. To me this makes no sense as to why no one has let me know what is going on. I would like t be moved & contacted soon. I have wrote a few notes concerning this matter & nothing has happened. My phone is 430-02 60. My husband & I willbe waiting.

David & Rosie Torres

# LOCAL

## NOTES & QUOTES

### Gran Prix boats will return to O'side



**TOM MORROW**

The Oceanside Jaycee's sixth annual Pacific Off-shore Gran Prix Boat Race & Festival will be May 3 through 5 in Ocean-side Har-bor and off the coast of Ocean-side.

The Jaycees will again host this popular event, which will include 140 mph off-shore racing

## Housing survey under way at base

■ Residents' feedback sought as Pendleton tackles mold complaints

**GIDGET FUENTES**
STAFF WRITER

CAMP PENDLETON — Marine Corps officials distributed questionnaires Wednesday to more than 6,000 military families living in government homes in the first-ever housing survey at

the Camp Pendleton Marine Corps Base.

Housing officials said that the survey of all residents will provide them some sense of the housing issues and problems facing military families at the base.

Camp Pendleton officials hired a Burbank firm, CEL Associates Inc., to handle the survey, which base officials said is required by the Department of Defense for all military installations.

The 125,000-acre Camp Pendleton has nearly 6,600 houses for families in 12 different neighborhoods, all

managed by a central housing office with smaller neighborhood management offices and about 70 workers to handle inspections, maintenance problems.

> HOUSING, B-2

---

*Mark Wolford, base health and safety manager for Camp Pendleton Marine Corps Base, talks while in the Pacific View housing area. Pacific View is one of the neighborhoods where base officials are conducting a housing survey with families to assess maintenance problems.*

HAYNE PALMOUR / Staff



**SEEKING COVER**



## Vista school district see bond ratin

# ▶ HOUSING

Continued from B-1

## Officials expect to get survey results, analysis in early June

*tenance and repairs.*

Marine Maj. Craig MacDonald, Camp Pendleton's deputy housing director, said it will be the first time the base has asked for feedback from residents on a large scale.

Last year, a small-scale survey was done for families living in the DeLuz housing area to provide a baseline and help prepare for the larger survey.

MacDonald said this year's survey will ask "about customer service and maintenance issues and quality of life."

Officials expect to get results and analysis in early June, he said.

The housing office plans to set aside one day for all the housing employees to talk about the survey's findings, he said.

The housing survey is one of several initiatives being done by Camp Pendleton

housing officials that comes several months after officials first saw an increase in complaints from base residents about health problems they believe stem from molds growing in their homes and other maintenance-related complaints.

MacDonald said the residents' survey isn't a knee-jerk reaction to the complaints.

"We want to take a very calm, incremental approach," he said.

"There's mold in a lot of the houses," he conceded. But he said that some molds are non-toxic and won't harm people's health while others may be toxic to some people.

Camp Pendleton doesn't have a mold prevention or remediation policy to handle complaints, do tests or repairs or move residents.

But MacDonald and other housing officials say several efforts are under way:

■ The housing office is developing an information brochure about mold and will distribute it to residents. They also are updating the Camp Pendleton housing manual given to every new family when they are first moved into a government home.

■ The base will establish

new procedures for handling and investigating complaints of suspected mold problems in homes and officials will work with doctors at the Camp Pendleton Naval Hospital, where needed to determine any possible links between ailments and molds.

Since last fall, more than a dozen families have complained to the housing office of ailments from what they believe stem from mold in their homes, several residents told The North County Times. Some families have found blackish mold on their walls, in closets, along windows, in between walls, under carpets and on outdoor overhangs.

While private homeowners can do repairs on their homes, families living in government homes must contact the housing office for all maintenance, repairs and inspections.

Some families don't complain for fear they would lose their housing, get written up by their military command or face retaliation on the job.

"A lot of people here wouldn't talk," said Rosie Torres, who moved earlier this month from the Wire Mountain apartment she said made her two young children ill with constant coughs and congestion.

Base housing officials acknowledge they received a rash of mold-related complaints in the last six or seven months.

"We've likened this to the asbestos issue. We've likened this to lead paint issue," MacDonald said. "Now we've got mold that is getting the same notoriety."

Mark Wolford, a base health and safety manager, said that new or renovated homes may become breeding grounds for molds because they are more energy efficient — and air tight.

"The molds have more potential to grow" in air-tight homes than in houses with fresh air circulating, he said.

*Contact staff writer Gidget Fuentes at (760) 901-4072 or gfuentes@nctimes.com.*

# ▶ FESTIVAL

Continued from B-1

## Martial arts and Taiko drumming among featured entertainment

Lee Rosenthal, the temple's spiritual leader. "But it also feels like a good old fashioned, country fair. There is something for everyone."

Dishes such as chicken, beef and tuna teriyaki will be available for purchase along with fresh produce and baked goods.

Tempura, sushi, manju and traditional noodle dishes will also be available.

Entertainment will include demonstrations of the martial arts, Taiko drumming and

Japanese [...]
The temple [...]
group, wh[...]
temple, a [...]
events, is J[...]
can traditio[...]
African and [...]
cultures are [...]
Japanese cu[...]

Several fa[...]
have attende[...]
the past and [...]
pects a large [...]

"We have [...]
families invol[...]
ing and the [...]
said. "People [...]
about this ye[...]
come out to [...]
great opport[...]
people who'd [...]
the Buddhist [...]
peek inside [...]
great events.

More info[...]
the Festival [...]
obtained by c[...]
8800.

en Grody
AUTOMOTIVE GROUP

Meet your new neigh

Backlit instrumentation
ASI windshield
Cupholders
12V powerplant plugs into household outlet

---



DO YOU WANT TO
BE A HERO?

The Coast Guard Reserve currently needs highly motivated, prior service and non-prior service men and women 17-39 for reserve duty or units right

...nate Your Ca...

Toni Riano
110 Temecula
Wire Mountain 3
760 430- 1129

To Whom It May Concern:

  Tom Calabrese and myself have worked together for almost eight years. We have been involved in numerous community projects in base housing. Some of these projects included the flower program, the bread program and the Community Action Team.
  Both of us have been reprised against for our activism. Tom was investigated for assisting the bread giveaway program.

  A) Mindy Beauchmin who lived at 115 B Ash Road would distribute bread on
     Tuesday nights to needy families. On Wednesday she would call Tom to pick
     up the excess bread for sanitary reasons. Trash pick-up in Wire Mountain One
     is on Mondays. If Tom hadn't picked up the bread it would have to set outside
     for six days drawing roaches and animals. The bread program was a base
     approved program and Tom helped make it successful. Base housing never
     assisted in this endeavor and forced Tom to severe his ties on this program.

  B) Tom and I worked together on the flower program until base housing forced him
     to discontinue his involvement in this program too. This program was a great
     morale booster to families. Tom was given a letter of caution for telling the
     SCOUT newspaper about my involvement in the program. This program was
     approved by General Reinke. The Scout Newspaper informed me that they did
     not need permission to print human interest stories, but base housing still issued
     reprisals against Tom.

  C) I was on the General's Council and before one of the scheduled meeting I asked
     Tom if he wanted to submit anything comments or suggestions. Tom gave me his
     personal opinion about base housing and I submitted it to Major General Bice. As
     a resident of base housing I totally agreed with Tom's assessment of unfair
     treatment of military families in base housing Why? Because I am one of the
     people in base housing that has been harassed and threatened. Not long after I
     submitted Tom Calabrese's letter I received a call from Jack Lintz, a base
     housing employee  concerning Tom's letter. Mr. Lintz asked me if Tom forced or
     coerced me (which he had not)into turning the letter in to General Bice. Latter on
     Tom told me that  that his supervisors had initiated an investigation concerning the
  letter. Ellen Spirito and Susan Peniston had approached me prior to this incident and
  asked me if Tom was bothering me. They said " We can fire him if he's bothering
  you. I told them he was not bothering me and we were working to make things better
  in base housing. Other residents in base housing had also been approached by base
  housing personnel especially Richard Thompson concerning Tom. Some have been
  harassed, others threatened and some were told to stop talking to Tom as well as to
  stop giving him information about problems in base housing.

2)

Richard Thompson, the manager of Wire Mountain approached me on another occasion and indicated that if I knew what was good for me I'd stop associating with Tom Calabrese. I told Tom Calabrese about both these incidents for his own protection and to let him know what his supervisors were doing.

## CONCLUSION

When I refused to cooperate with Tom Calabrese's supervisors I was unceremoniously removed from several committees. On another occasion Assistant Manager Frank Cline threatened and harassed myself and my husband about our parked and damaged car. This incident occurred a few days after my son had an accident with the car and was in intensive care at the time.

I will willing to testify to these incidents but was never called at Tom Calabrese wrongful termination hearing. In my opinion Mr. Calabrese's supervisors were trying to remove him from his job. Their behavior toward me when I refused to cooperate was totally inappropriate.

Toni  Riano

## REPORT OF INVESTIGATION

(b) Was delivered using an "official business envelope" with a return address of "AC/S, FACILITIES, BASE HOUSING ATTN: WMTN OFFC, MARINE CORPS BASE, BOX 555013, CAMP PENDLETON CA 92055-5013" (emphasis added).

(c) Was not solicited by Mrs. Riano.  Mrs. Riano told me that she believed Mr. Calabrese wanted to get some of his thoughts to the General by using her as the Community Council Member.  (enclosure (9))

(d) Enclosures (6) and (10), provide that Mr. Calabrese did not request, nor was he granted, authorization to provide this information to Mrs. Riano.  Further, the letter was not processed through the chain of command.

5.  Enclosure (6) provides:

(a) On 16 August 2001, the Housing Manager, Wire Mountain Housing, Richard Thompson, counseled Mr. Calabrese regarding the use of government equipment and the use of official time.  Mr. Calabrese was instructed that he was not to use government equipment for personal use.  When asked if he understood the instructions, Mr. Calabrese responded, "I understand that, I am not supposed to use the computers for personal business."

(b) Due to the letter to Mrs. Riano (enclosure (8)), a utilization review was conducted concerning the contents of the computer used by Mr. Calabrese.  This review revealed:

RESULTS OF INTERVIEW WITH MRS. TONI RIANO, RESIDENT AT 110 TEMECULA,
WIRE MOUNTAIN 3 HOUSING AREA AND COMMUNITY COUNCIL MEMBER

On 3 December 2001, at approximately 1230, I conducted a telephonic
interview with Mrs. Riano.  Mrs. Riano told me she received a letter
from Tom Calabrese dated 11/20/01 on her door the morning of Wednesday
11/21/01. She stated that she did not request the letter but that she
and Tom were talking about complaints in the areas from the tenants
regarding the Community Office and the Manager.  She believed Tom wanted
to get some of his thoughts to the General by using her as the Community
Council member.  Mrs. Riano read the letter and gave it to Mrs. Bice at
the Enlisted Wives Meeting on the evening of 11/21/01.  She stated that
she and Tom have had several discussions in the past regarding tenants
and their complaints, about the areas or the Community Office, but this
is the first time he has written a letter to her.



67-108

ENCLOSURE (9)

DEPARTMENT OF THE NAVY
ACE EXCELLENCE
BASE HOUSING ITEM TRAIN OFFC
MARINE CORPS BASE
BOX 555013
CAMP PENDLETON CA 92055-5013

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

115

Subj:      **military families**
Date:      6/23/2002 1:08:01 PM Pacific Daylight Time
From:
To:        gfuentes@nctimes.com,                    president@whitehouse.gov
CC:
File:      **military** (2815 bytes) DL Time (TCP/IP): < 1 minute
*Sent from the Internet (Details)*


Dear Mr. President,
I am writing to you to ask for your help.

  Base employees that have tried to help us are being charged and fired. This
  treatment has to stop. My husband is one of the many "FIGHTING THE WAR ON
  TERRORRISM" Yet we are being terrorized right here at home by the very
  Government employees who are supposed to be protecting us while our spouses
  are away defending their freedom. HELP, we are at our wits end.

I am a Registered Nurse and the wife of an active duty Marine who is currently deployed
on West Pac. We live aboard  Camp Pendleton Marine Base in California. Not to mention
all the problems that you are aware of regarding our living situation, but now we are
being unjustly treated by base housing officials, who tell us "there is nothing we can do
about it, if you don't like it move off base". I have 4 children, one who is partially
disabled and lives in the garage as we don't have enough room, and can in no way afford
to move off base. We were moved into this house after our prior residence would not
stop growing mold, my kids were sick and then the roof began to collapse, so they had to
move us. Officially they have listed we requested to move due to rank change??? That is
not even something we are supposed to be able to do, but it is how they cover their lack
of regard for our safety and health. When residents make complaints about anything or
anyone who works for housing, we are retaliated against. I myself complained about a
number of problems with base housing at a community council meeting, which I was a
board member of, and next thing I know I am being told by my replacement, that
housing told them I quit. My family and I were also the committee for "The Yard Of the
Quarter" since I believe 1996 and now without so much as a thanks but no thanks I am
being told by council members I no longer have anything to do with that. My family and I
have volunteered with many activities aboard base and in the community since 1995, we
coach, Yard of the quarter, community council, The enlisted wives' club, Key volunteers,
Our community Action Team, at the schools and on the booster clubs, to mention a few.
We would be considered "good" residents with not so much as a warning, or ticket to our
name, until I complained. I have gone through the "chain" of command with no
resolution. My situation along with many other residents grows worse. Some people are
losing their children, leaving base, having fist fights in the streets, their houses and cars
are being vandalized, and we have no where else to turn. The housing manager "leaks"
confidential complaints to the residents so they turn on one another and protects his
chosen few. I can only imagine what this would sound like in the news. But that is our
next step, for our voices may be our only protection we have left. Base employees that
have tried to help us are being charged and fired. This treatment has to stop. My
husband is one of the many "FIGHTING  THE WAR ON TERRORRISM" Yet we are being
terrorized right here at home by the very Government employees who are supposed to
be protecting us while our spouses are away defending their freedom. HELP, we are at
our wits end. I know you don't answer this personally, but could your staff at least
investigate these issues. We have documented proof and can provide written documents
regarding fraud and abuse of government resources as well. I look forward to hearing
from someone regarding my concerns, please help us, we are out of time.
My highest regards,

Sunday, June 23, 2002

## Town focus  **Camp Pendleton**

# Enlisted wife gives her all to help kids



**By Linda McIntosh**
COMMUNITY NEWS WRITER

CAMP PENDLETON — It was a graduation speech Toni Riano will never forget. It was given by a boy she had coached.

"He said he would have been dead on the streets if we hadn't dragged him into youth sports," Riano said.

"The way she remembers it, he was a boy who did not want to play ball or do anything else. He just stood there and leaned against the fence.

"Something was bothering him. His mother was at wits end, and, at first, I was worried, too," Riano said.

But Riano took him aside and practiced catching. Later, he won a sports scholarship.

Toni Riano and her husband, Staff Sgt. Fred Riano, who have been at Camp Pendleton since 1995, have coached hundreds of kids, brought food and other essentials to needy families and worked on countless volunteer projects through the Enlisted Wives Club, Key Volunteers, the Community Council and other service groups.

Toni Riano recently was named Camp Pendleton Volunteer of the Year and received the award from Maj. Gen. William Bowden, commanding general at the base. The couple also received the President's Volunteer Service Award.

But the real reward for the couple is in their work.

"Once the kids catch a ball or make a basket, the delight in their face makes you want to

cry," Toni Riano said.

Even when her husband is deployed, the full-time nurse and mother of four children ages 7 to 20 is running with kids at practices and giving them hugs and high-fives at games.

"They've always been there for the kids," said Richard "Smitty" Smith, manager of youth sports on base.

Between night practices and weekend games, it's a wonder Riano also has time to volunteer with service groups such as the Enlisted Wives Club, where she is in her second term as president.

"People ask if she ever sleeps," said Carmen Carlisle, volunteer program manager on base.

Through the Enlisted Wives Club, Riano has organized food and clothing drives for needy families on base.

Riano has a big envelope of thank-you notes. Some are in crayon. One shows a picture of the couple delivering a basket of food.

"I've had people come up tearful and tell me they didn't know how they'd get their next meal. It's frustrating to see that, but we try to help," she said.

Riano starts by sending out a help call to hundreds of Marine wives. She also works with local stores and service organizations. Sometimes she just drops off a food basket at the doorstep.

"We don't ask for name, rank and serial number," Riano said.

But one way or another, she often hears back after she helps turn someone's life around.

> "I've had people come up tearful and tell me they didn't know how they'd get their next meal. It's frustrating to see that, but we try to help."

November 20,2001

From: Thomas G. Calabrese
Housing Management Assistant
Wire Mountain Housing

To: Toni Riano
Community Council Member

The following statements are my truthful observations of base
housing management from my position as a long time employee.

The inconsistencies, reprisals, retaliations and unethical conduct
of certain personnel in base housing has caused severe emotional
distress to many residents and employees alike.

With leadership comes responsibility and with responsibility
comes accountability. When organizations are allowed to operate
without these qualities then serious problems are bound to occur.
That has happens in base housing. The morale of employees and
residents is seriously low.

I have written documentation to substantiate my claims. I would
be happy to discuss these issues if you so desire.

Thomas G. Calabrese

ENCLOSURE

1 - 2
( 64 - 108 )

# COMPLAINT REPORT

CSCP 11101/19 (12-67)

*Recd by Calabrese 7 Sept 01*

This form is to be filled out and signed by the military head of the family, or in the case of civilian tenants, by the person assigned the unit. Extreme deliberation and care should be exercised by any person before filing a complaint against another, as an unjustified complaint will react unfavorably against the person responsible. In extreme cases this may be used as grounds for recommendation to the Commanding General for dispossession of the person responsible.

Names, time, date, witnesses (if possible) and full circumstances must be listed..

NAME OF PERSON MAKING COMPLAINT (LAST, FIRST, MIDDLE)

Riano, Frederick L.

STREET ADDRESS
115 Cottonwood Rd

NAME OF HOUSING AREA
Wire mt II

HOME PHONE 430 1129

BUSINESS PHONE 763 1399

DATE POLICE NOTIFIED
0

NAME OF PERSON COMPLAINED AGAINST

Housing Management

STREET ADDRESS

NATURE OF COMPLAINT

have lived in housing since October 1995. When we moved in we
__ not informed verbally or in writing as to the water conditions,
d paint in our home or asbestos in our home. Our children
__ had numerous health problems and my wife has had numerous
__der infections, skin infections and dried skin and hair since
moved into this house. 3 out of 4 of our children have been diagnosed
asthma. Housing has been given numerous letters from Doctors
__esting something be done with the conditions we live in. Nothing
__ been done by housing, with the exception of once in 6 years
airducts were cleaned. our walls are peeling paint, there is cracked
__he asbestos tiles and ceiling, and black mold growing in the walls
on the windows. Our dog even became very ill and was diagnosed
__ lead poisoning yet nothing is done. We are left to suffer and
__ fend for ourselves, if we complain we are harrassed by housing.

NAMES OF WITNESSES

__loyees verbally and with unwarranted tickets over and over again
__ then they label you a "trouble" maker. We have done nothing
__ousing, yet they do nothing to help us. we have been promised
__ings over and over with no one coming through. numerous
__ighbors have been moved out because of health issues. He for
example. I would appreciate any help you can give. Thank you
for your time.    9/7/01  Sgt. Frederick L. Riano II

SIGNATURE OF PERSON MAKING COMPLAINT

DATE  7 SEP 01

SIGNATURE

ACTION TAKEN

Subj:   **mold and toxins in base housing**
Date:   11/11/02 12:31:18 PM Pacific Standard Time


PLEASE HELP. Write your political representatives and demand that the government adequately fund or this case to stop diverting money designated intended for base housing. The money that military families pay to live in Camp Pendleton base housing is more than enough to take care of them. The federal government is using more than half of that money for other projects. THIS MUST STOP!!!!





Mr. Eubanks,
I am a military spouse living on camp Pendleton. My husband is currently deployed with the Marine Corps. Last year in December we were moved out of the wire mountain 2 housing where we had lived since 1995. We were moved when I went to base housing screaming law suits for the condition of my children, My youngest 2 had been sick for months, coughing up blood and the base hospital claimed an ongoing "virus". Richard Thompson the manager of wire mountain housing had them come to my house, where the roof was slowly caving in from water damage and they found the walls to be mushy in the back part of the house closest to the 2 youngest bedroom. There was black mold up the walls, in the bottom of the closets and on the windows. Upon closer inspection there was it was growing behind the walls. The house was completely infested. The crawl space above our heads was full of slime mold mildew and vermin, and quite a few birds nests as well. They wanted to move us to another house in wire mountain 2 and we refused as it would be the same thing. Because of my husbands rank increase we insisted on wire mountain 3. They told us there was nothing, we drove the neighborhood, and found 22 vacant homes, we were offered one. no paint, dirty carpet and the beams outside have mushroom mold growing from them and they suffer from wood rot, but we accepted the unit and on our own, moved down here. No dislocation allowance was offered or given to us! we were made to white glove inspection scrub the unit in wire mountain 2 and remove 6 years of landscaping, replant grass seed and fertilize before they would clear us, with the threat of having to pay"rent" if we did not complete the job. I was sick for a week after the move and my oldest who had been involved in a nearly fatal car accident on OCTOBER 27TH was also sick. He now lives in the garage of this house as the rooms are too small to accommodate our family. No one has been moved into my old unit in wire mountain 2 as to date, housing has written down that we were moved due to "rank change" no mention of the real reason we were moved. That is falsification of documentation. They also claim we have never had any health issues, they have been given letters from Doctors regarding my children. When we moved into this unit Base housing told EFMP coordinator Cj Donarski they would fix the garage to make it suitable for my son, who is paralyzed on his left upper side of his body. They have never even come to fix the upper 40 other repair requests we put in with them when we moved in. The toilets leak, the heater does not work, the water faucet drips constantly outside, not to mention the beam outside the front door is rotten. They ignore all requests from us. Winter will be here soon and the garage is quite cold, last year my son had to come in and sleep on the couch as it got so cold, Even with a portable heater we put in there for him. I was on the generals community council, I chose and ran the yard of the quarter program for many years, when I began complaining and bringing up health issues I was fired from both programs, not officially, as they have never said thanks, see yah, nothing, they just stopped including me. In fact the last correspondence I received gave me the wrong date of the meeting, so I would not show up and they told everyone, I quit. I have been on this base since 1995 and am at present trying to <u>gather all the people who have been sick or injured due to the negligence of housing officials</u>. The number of mis-carriages, and birth defects, and children with Leukemia on this base is alarmingly high. Something needs to be done to save these children and to protect the future families that will be harmed due to their disgusting lack of regard for human life. <u>I will be forming a group and hopefully we will find a lawyer that is willing to represent the families who can't afford to live off base let alone pay for a lawyer.</u> I would appreciate any help you can give us in our pursuit for justice. If you wish to speak with me further, you may e-mail me or call me . My self and the other families who are speaking out do so at great risk, they say there will be no retaliation, but slowly and surely they get theres. I get no help, have been kicked off the programs I ran, and they are always there. But I refuse any longer to live in fear, My children are too important to me to keep quiet.

| | |
|---|---|
| Subj: | **Fw: deceitful treatment** |
| Date: | 3/29/2002 4:56:19 PM Pacific Standard Time |
| From: | toni.fred@cox.net |
| To: | Calabr5@aol.com |
| File: | **deceitfu** (10093 bytes) DL Time (TCP/IP): < 1 minute |

*Sent from the Internet (Details)*

——Original Message——

**From:** toni.fred@cox.net
**Date:** Thursday, March 28, 2002 02:13:35 PM
**To:** NHanlon665@aol.com; DBice8140@aol.com
**Cc:** gfuentes@nctimes.com
**Subject:** deceitful treatment

Dear Gen. and Mrs. Bice,
I am writing you this letter in great disappointment. I left today with the intention of attending the community council meeting which I was told in writing and with a reminder phone call from Joe Fitz, was scheduled for today at 1330 at the Stuart Mesa community center. I arrived to find out that the meeting had already happened yesterday. Housing went to an extreme amount of trouble to ensure I would not be present. I have been approached many times by reporters and news media inviting me to interview regarding the conditions we live in, I have repeatedly denied them interviews, and have defended the base on many occasions. I have been volunteering on this base since 1995, I run the yard of the quarter alone, I am 2nd VP for the EWC, community action team, free flowers,Key volunteer, youth sports coaching, I pick up and distribute food and household items to familes in need, And the General's Community Council, which used to be only me for this entire area, I have done nothing to warrant such deceitful treatment. Lately I have received many phone calls from residents regarding their un-professional and down right rude treatment from certain housing representatives. I have been lied to and retaliated against by these housing reps and I have in writing proof of the deceitful way they purposefully kept me away from the meeting yesterday. I respect the both of you very much and feel you have the residents best interest at heart, so I felt I should at least extend you the courtesy of letting you know I will be granting those interviews to the various media as to protect myself and my family from the unfair treatment the residents and my family keep receiving. Something must be done to stop the unfair way people are being treated on this base, children are sick, people are scared and no-one is helping them. They just keep being told "if they don't like it they should move off base as it is a privilege for them to live on base." Someone needs to remind Joe Fitz and his employees that if The military families were not living here he would not have a job, and neither would they. The housing people are supposed to be here to support and improve the quality of life for the military member and their families. Living in fear of the conditions we live under and living in fear of retaliation if we complain is just wrong. Yesterday my neighbor went to housing because the tree trimmers left sharp branches sticking up out of the ground, an obvious safety hazard, everyone came to look at it and said yes it is a safety issue but oh well the tree trimmers were doing their job. So if he wants to take care of it fine, otherwise they are going to do nothing. If a child or even an adult landed on one of these branches sticking up out of the ground they would be impailed and possibly die. This is just a small example of the lack of caring and concern under which we live. It saddens me to be apart of such an uncaring community.At this point I am not sure what to think, I know that base Generals before you have tried and yet nothing changes. I have great respect and admiration for the prior base General as well as for you, but I feel I now have no other recourse but to protect my family and myself. Thank You for your attention to this letter.
Sadly,
Toni Riano
Community Council Representative

Saturday, March 30, 2002 America Online: Calabr5

*Michael & Brandy Johnson*

❋ 124 D Ash Road

To Whom It May Concern:

      I am writing this complaint in regards to the living conditions at my apartment. I live at 124-D Ash Road, Oceanside, California 92054 (Wire Mountain I housing located near the front gate area aboard Marine Corps Base Camp Pendleton). My family and I have lived here since October of 2000. We all have had problems with our health since we have moved in. I believe that the mold found in the walls of this apartment complex is the main factor of our health problems.

      The children are constantly congested, have runny noses, bad coughs, and wake up during the night because they have troubles breathing. My wife and I have taken two of them to the hospital a total of about 7 times for ear infections. The medicine that is subscribed to them doesn't seem to work. I have a problem with congestion too. I have had several episodes where I couldn't breathe very well. Regardless of how much cough medicine or allergy medicine I take, it doesn't help. I have been to the hospital once for not being able to breathe at night. The newborn also has a problem with stuffy nose and congestion. Our kids were never this sick before we moved into these apartments.

      The apartment has a musty odor to it when you first walk in. We are told this by guests who come to visit as well. The people who used to live in the two downstairs apartments were moved out because of mold in the walls. Our apartment was also found to have mold, but we were told that it wasn't bad enough to affect us. I think that whoever made this decision was completely wrong. I was informed that our next door neighbor has been hospitalized for the mold. This concerns me. I don't think we should have to keep living in these places. The health conditions of my wife, three children, and myself are at risk everyday due to do these living conditions. These problems will not change until we are moved out of this apartment and given adequate (mold-free) living quarters.

      Questions can be directed to my wife, Brandy Johnson, or myself. Our home phone is (760) 430-2559. My work phone is (760) 725-6357.

                    Respectfully Submitted,

                    Michael Johnson, CPL -- USMC

*Received by Calabrese*
*10 Jan 02*

Subject: FW: housing


-----Original Message-----
From: Kristyn.E.Robertson@WellsFargo.COM
<mailto:Kristyn.E.Robertson@WellsFargo.COM>
[mailto:Kristyn.E.Robertson@WellsFargo.COM
<mailto:[mailto:Kristyn.E.Robertson@WellsFargo.COM> ]
Sent: Thursday, November 07, 2002 12:26 PM
To: toni.fred@cox.com <mailto:toni.fred@cox.com>
Subject: housing


Hello Toni,
My name is Kristyn Robertson. CJ told me that you were the
person to speak with regarding the horrible mold conditions with the housing
on base, specifically Wire Mountain II. I have Sarcoidosis and am a
catagory 4 in the EFMP. My house is being engulfed by mold! My
refridgerator (Where we store our food) is growing mold, not on the inside
where you would normally expect to find it but my mold is on the outside of
the fridge. I am begining to develop athsma which is something completly
separate from my disease. We have told housing we want to be moved to the
most recently built or renavated houses, which would be in San Onofre. My
husband and I have gotten his command involved as well as my doctors at the
Naval hospital. We told them that we want this matter to be taken seriously
and expediciously. We told them that we want to be moved into new housing
by Thanksgiving, and if not then we will send a letter and pictures of the
mold to not only the newspapers but also to the news stations. Please let
me know what we can do to get better housing not only for us but for others
as well.


Sincerely, Kristyn &
Warren Robertson


<http://www.incredimail.com/redir.asp?ad_id=309&lang=9> IncrediMail -
Email has finally evolved -
<http://www.incredimail.com/redir.asp?ad_id=309&lang=9> Click Here


*IncrediMail* - Email has finally evolved - Click Here


---------------------- Headers ----------------------------
Return-Path: <toni.fred@cox.net>
Received: from rly-za02.mx.aol.com (rly-za02.mail.aol.com [172.31.36.98]) by air-za04.mail.aol.com (v89.12) with
ESMTP id MAILINZA41-1108035521; Fri, 08 Nov 2002 03:55:21 1900
Received: from fed1mtao01.cox.net (fed1mtao01.cox.net [68.6.19.244]) by rly-za02.mx.aol.com (v89.20) with
ESMTP id MAILRELAYINZA210-1108035453; Fri, 08 Nov 2002 03:54:53 1900
Received: from cx2325231-a ([68.7.169.79]) by fed1mtao01.cox.net
        (InterMail vM.5.01.04.05 201-253-122-122-105-20011231) with SMTP
        id <20021108085451.POAF2256.fed1mtao01.cox.net@cx2325231-a>;
        Fri, 8 Nov 2002 03:54:51 -0500
MIME-Version: 1.0

| | |
|---|---|
| Subj: | **Re: troubles!** |
| Date: | 9/16/02 12:40:49 PM Pacific Daylight Time |
| From: | demenkow@hotmail.com (shawn demenkow) |
| To: | Calabr5@aol.com (tom) |

Tom. I am writing to you to share information with you regarding problems with the housing aboard Camp Pendleton. I have been living here with my husband for just about four years. Since we had been living here, we have experienced discrepancies with the house and unexplainable illnesses. The most recent is that my daughter was diagnosed with Leukemia. She is currently in the insensitive care unit at the naval medical center balboa. Before this she had been getting sick a lot as well. At the beginning when we moved into housing we experienced brown water coming from all the faucets in the house. Our clothes were ruined and trying to take a bath made us have itchy skin. The complaint was filed but nothing came from it. My husband has changed the laundry machine hoses a number of times because they are corroding on the inside to the point of failure. I have lived elsewhere and never had I seen a greenish corrosion like this. These types of hoses should only be changed once a year. I've been told that there is a small residue of asbestos glue used to hold down the tile on the floor. I cannot confirm this or deny it as well. The bottom line is that if there are small traces of asbestos residue in this glue its wrong that I have not been informed. Asbestos causes cancer! I have also been informed of the lead paint in the house that has been painted over throughout the years. This will not make the lead go away in case anyone wants to know. I would now like to share with you the sicknesses we have encountered. My husband has had a mouth sore problem for one week. He could not eat solid foods and had to drink protein shakes to keep his nutrition high. He was told that the dental center had no idea what this particular sore was that engulfed his whole mouth. My twelve-year-old son has been diagnosed with Psoriasis of the scalp. He is now currently taking medication two times a day. The five-year-old has been getting sick now on a regular basis. I have to take him into a dermatologist to examine a strange growth on his neck that is getting larger. Last is myself I have recently had a rash that encompassed my whole body. It was very painful. That doctors again had no explanation of what this was. Before my husband left for his deployment that he was currently on, he had taken leave. He and I visited the hospital four times because our children were ill. he is currently back from deployment to help me with my daughter. I think that all of this is not coincidental due to the fact that other surrounding neighbors are also experiencing some of these same problems. Before we moved into this house, we did not have as many problems as this. I wanted to share this information with you Tom. Thank you.

Respectfully.

Anne Demenkow

> ----- Original Message -----
> From: Calabr5@aol.com
> Sent: Friday, September 13, 2002 4:07 PM
> To: demenkow@hotmail.com
> Subject: Re: troubles!
>
> From
>
> Tom  Calabrese
>
> Please send all info in Microsoft  Word or regular e-mail

August 23, 2001

E-4  Michael Hall accepted quarters at 106 A
Birch. He was never notified about asbestos in
the quarters and would not have accepted these
quarters if given the option to move somewhere
else.

8-23-01

September 17, 2001


Cpl. Parris Yasin A. and his wife were assigned to 311 Alderwood in the Wire Mountain Housing area on this day. Neither of them were given  any information about asbestos in the unit prior to accepting this unit.

Sponsor _Yasin Parris_ _____ Date _17 Sept 01_

Spouse _Janice Parris_ _____ Date _17 Sept 01_

Witness _Calabrese_ _____ Date _17 Sept 01_

SEPTEMBER 7, 2001

L/CPL. Kime and spouse were scheduled to accept quarters at 320 B Cottonwood on September 7, 2001 1100 hours.
 They have never viewed the inside of the quarters or have been given any information concerning asbestos prior to coming to pick up their keys. They are planning on moving in on the 8th of September 2001

Sponsor _____  Date _____

Spouse _____  Date _____

October 16,2001

P.F.C. Bozeman Earnest L. accepted quarters on this date at 1100
hours. He was not informed about asbestos in the unit he was
assigned to. He was assigned to 203 B Aster in the Wire Mountain
One Housing Area.

Signature _Earnest Bozeman_ Date _16 Oct 01_

Witness _Thomas M. Collins_ Date _16 OCT 01_

Willis LaSonya L.
305 Boxwood
Oceanside Ca
  92054

Concerning: Asbestos

23Aug01

I, LaSonya L. Willis was never informed of asbestos and the levels of asbestos in the quarters I have accepted. Had I been informed of this prior to being offered the residence I was informed that it was supposed to be mentioned to me before accepting the house. Being that I have two small children, (3 & 5 months) I am concerned about their potential health. I have accepted the residence because I need a place to stay out of necessity. Being in the medical field, I am aware of the prolonged effects of asbestos that may not appear for a long period of time.

LaSonya L. Willis



# UNITED STATES MARINE CORPS
Base Housing Department
Box 555013
Marine Corps Base
Camp Pendleton, California 92055-5009

IN REPLY REFER TO:
11101
FACHSG
14 Feb 02

REGULAR AND CERTIFIED MAIL# 7099 3400 0016 9202 5517

From:   Housing Manager, Wire Mountain Housing Office
To:     Thomas G. Calabrese, 329 Via Del Astro, Oceanside, CA,
        92057

Subj:   DUTY STATUS

1.  This is written notification that effective the start of
your regular workday on 15 February 2002, you are being placed
in an Administrative (paid) Leave Status, and are to remain in
this status until further notification.

2.  While in this status you are instructed not report to, or
otherwise visit your worksite, without prior authorization from
either myself, or the Director, Family Housing.

RICHARD L. THOMPSON

Case 3:04-cv-01323-BEN-JMA   Document 16   Filed 11/17/04   PageID.124   Page 47 of 62



**THESANDIEGOCHANNEL.COM**     Search [          ]   Site/Keyword      Web

**NEWS**                                                    **LEAD**

| HELP YOU NEED | HOUSE & HOME | LAW | AUTO | TRAVEL | SHOPPING | CAREER | EDUCATION | YELLOW |

| NEWS | WEATHER | TRAFFIC | SPORTS | COMMUNITY | TROUBLESHOOTER | STAYING HEALTHY | TECH | MONEY |

News Tips  |  10News Team  |  10 Editorials & Forums  |  Lottery  |  Unit 10 Investigations


AMERICAN MORTGAGE EXPRESS
"Your Mortgage Banking Corporation"

Home Page / News / Story

sponsor:

# Unit 10: Pendleton's Housing Crisis

*E-mail this story to a friend*

## Base Housing Not Up To Par

Posted: 2:41 p.m. PST February 12, 2002
Updated: 7:13 p.m. PST February 12, 2002
**CAMP PENDLETON, Calif.** — The Marines and families of Camp Pendleton have been living in poor housing conditions for more than a decade, and while politicians acknowledge the problem, it appears nothing is being done about it, a Unit 10 Investigation reported.

**▶ MORE HEADLINES**
Student Convicted In Campus Attack Plot

PUC To Inspect Power Plants For Bogus Closures

Officials Alarmed By Duck Hunting Idea

Issa Accuses Border Patrol Of Political Smear

Learn The 10 Dating Don'ts

Unit10: San Diego Slave Trade

Catholic Critics: Homosexuals Not Pedophiles

Councilman Pushes Sex Offender Web Site

March Housing Cost Up Considerably

Court Denies Sexual Predator's Release

Troubleshooter: Pacific Bell DSL Billing Errors

Get Pre-screened Home Contractors
Service Magic matches you to pre-screened, customer-rated home contractors who are interested in your job!

**Stock Quotes**
provided by: STANDARD & POOR'S
Sponsored by
KB HOME

Updated 4:02 EDT
Dow        9910.72 0
Nasdaq   1663.89 0
NYSE       574.32 0

**Quick Quotes**
[          ] Go
enter name or symbol

Meet with an Advisor, & Get a $50 Gift Check!
American Express
Quotes delayed a minimum of 20 min.

**E-MAIL NEWS**
**Get E-News Headlines When YOU Want Them**
☑ Breaking News
☑ 7 am Headlines
☑ 9 am Headlines
☑ 12 pm Headlines
☑ 4 pm Headlines
☑ 8 pm Headlines

[Enter E-mail]


VIDEO

Some Residents Very Upset
🔊 SOUND OFF: Show Your Support For Local Military
▶ **Video Help**

Susan is a Marine wife living in base housing. She told Unit 10 that she believes mold in the housing is making her children sick.

"We've taken (our son) to the doctor and it's always a virus. A virus? A 365-day virus? I don't think so," Susan said.

Susan showed Unit 10 the murky yellow water that poured from her tap and said that it is usually brown.

**SEARCH          SITE MAP**

[Entire Site ▾]
[          ] GO

"When I run a bath for my kids it looks like I'm bathing them in tea," she said.

She said that she had been told by housing officials not to buff the floors because of asbestos. In her kitchen, she has caught eight mice but "until we've caught 15 they're not going to do anything about it. That's what they told us," Susan said.

"You wouldn't think that someone who gave their years and their life ... that the government could treat them like this," she added.

Susan is not alone in her misery. Unit 10 spoke to more than a dozen Pendleton families — most of



whom would not be seen on camera – with the
same sort of abysmal living conditions.

Join Now

More E-Mail Choices...

Another Marine wife, Carol told Unit 10 that the woman that lived downstairs had so
much moisture above her washer and dryer "that they were growing mushrooms."

sponsor:

DVDs

NO LATE FEES
FREE SHIPPING

Carol also said that her children are sick on a regular basis and that her doctor had
even written a note to ask base housing to move the family. She said the note was not
received well by base housing.

"They are very rude – belligerent. They let you know that their time is being wasted on
you," she said.

sponsor:

Find: getsmart
A Loan For Me
Refinancing
Second Mortgage
Debt Consolidation

Tom Calabrese is retired from the Marine Corps now, but spent some 17 years working
in base housing.

"Nobody wants to claim responsibility," he said. "The 'solution' is, if people don't like it
they can move into town."



Calabrese has collected a stack of files, filled with
complaints about base housing in an effort to draw
attention to the problem. The problem isn't
necessarily the age of the housing but its lack of
maintenance – a problem that will plague newer
base housing as well, he said.

"They're taking taxpayers' money, building things
they're not going to maintain, and then when it falls
apart they're going to ask for more taxpayer
money," Calabrese said.

Camp Pendleton officials don't deny that there's a problem, and even invited Unit 10 to
see how bad it is.

Base housing officer Maj. Craig McDonald took Unit 10 to an area built in the 50s that
base residents call "The Ghetto." He explained that there are only 73 people available
to maintain 6,600 homes.

"We hit the high-priority ones first – water leaks, electrical problems, real bona fide
emergency-safety things where we have to get to. Things like floor tiles and loose
doors we get to as we can," McDonald said.

He acknowledged that there is a problem with mold and told Unit 10 that if a family
comes to housing officials with a note from a doctor, the complaint is acted upon.

"If the doctor says 'Yes, this is causing a respiratory problem,'
then yes, we will move them. We've done that for a few families
already," McDonald (pictured, right) said.



Camp Pendleton is situated in the heart of Rep. Darrell Issa's,
R-Vista, 48th District. He told Unit 10 that the problem is a lack
of money.

Camp Pendleton

"Fundamentally, we have a budget problem ... in Washington

"If the doctor says 'Yes, this is causing a respiratory problem,' then yes, we will move them. We've done that for a few families already," McDonald said.

Camp Pendleton is situated in the heart of Rep. Darrell Issa's, R-Vista, 48th District. He told Unit 10 that the problem is a lack of money.

"Fundamentally, we have a budget problem ... in Washington that is unfair to the men and women of Camp Pendleton," he said.

Another problem is the way the system works. If a Marine seeks housing off-base, he or she receives an $1,100 monthly allowance and gets every penny, Unit 10 reported. But if the Marine stays on base, the allowance goes somewhere else and only a fraction of it comes back to the housing budget.

"There's the rub. If you want to have top-notch, good housing, you can have it on base but you've got to leave the base commander with 100 cents on the dollar of what he's competing with off-base," Issa said.

Camp Pendleton officials hope to have all of the old housing knocked down, rebuilt or rehabilitated by 2007. At that point, all the housing construction and maintenance will likely be turned over to a private company.

*Copyright 2002 by TheSanDiegoChannel.com. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*



NEWS WEATHER TRAFFIC SPORTS COMMUNITY TROUBLESHOOTER STAYING HEALTHY TECH MONEY ENTERTAINM

Entire Site © 2002, Internet Broadcasting Systems, Inc. and The McGraw-Hill Companies.
Click here for IBS privacy policy and terms of use. · Annual FCC EEO Report



# LARABEE & GRUENBERG

April 2, 2004

Tom Calabrese
329 Del Astro
Oceanside CA 92057-7339

Dear Tom,

I understand that someone is questioning whether your EEO complaints were combined with our MSPB hearing.

Absolutely not. I initially recommended combining the two. Judge Bartholomew refused. I cannot remember what position Major Gilbert took. Regardless, Judge Bartholomew ruled the EEO complaints were not combined with the MSPB matters. They weren't. The EEO matters were not tried nor decided.

All your EEO complaints are still alive and well, unless resolved in some what other than at the MSPB hearing.

I hope this answers your question and the question of any other person or entity.

Dale Larabee

August 18, 2004

Carlton M. Hadden
U.S. Equal Employment Opportunity Commission
P.O. Box 19848
Washington, D.C. 20036

re Thomas G. Calabrese v Gordon R. England
Appeal No. 02-00681-001

Dear Mr. Hadden;

I am Thomas Calabrese's attorney. I represented Mr. Calabrese in his

Merit Systems Protection hearing, and during all of the pre-trial conferences that

preceded the hearing. I was on vacation, and on return, August 10, 2004, was

shown a copy of your decision dated June 30, 2004.

You write at the top of page 3:

We find that the compainant's complaint was properly dismissed
pursuant to . . . on the grounds that the complainant filed an appeal
to the Merit Systems Protection Board (MSPB) concerning the same
matter.

I can testify that statement is not true.

Judge Bartholomew refused to hear Mr.Calabrese's EEO complaints, saying

they were separate and distinct from his concerns. Major Gilbert asked Judge

Bartholomew to consolidate Mr. Calabrese's EEO complaints with his MSPB

appeal and Judge Bartholomew flat out refused. Judge Bartholomew emphasized

his determination to NOT combine Mr. Calabrese's EEO complaints on numerous

occasions during pre-trial phone conferences.  As I recall, he even mentioned his

refusal at hearing. It is part of the record. Judge Lonnie Bartholomew wrote on

September 10, 2002

> " The basis for the termination is the decision issued by the  Agency on June
>
> 20, 2002. It is that decision that provides the basis for the  Board's
>
> jurisdiction in this matter."
>
> He also wrote on September 25,  2002, " The Board has no general
>
> jurisdiction to hear claims of  discrimination and or unfairness."

Any statements that Mr. Calabrese's EEO complaints were combined with

the Agency's charges against Mr. Calabrese are completely false.

Camp Pendleton improperly and wrongfully used Judge  Bartholomew's

ruling  to stop an EEO investigation of Mr. Calabrese's legitimate complaints.

Camp Pendleton and Major Gilbert knew of Judge Bartholomew's rulings. I did

not prepare to litigate Mr. Calabrese's EEO complaints because they simply were

never in issue.

Camp Pendleton personnel have completely fabricated the statement that Mr.

Calabrese's EEO charges were combined or intertwined with other charges  at Mr.

- 2 -

Calabrese's  Merit Hearing.

I know you are sworn to fairly and properly determine all of your appeals. I request you revisit this one for I worry justice was not done.

Dale Larabee

cc Tom Calabrese

 **U.S. MERIT SYSTEMS PROTECTION BOARD**

**Western Regional Office**
250 Montgomery Street, Suite 400
San Francisco, CA 94104-3401

Phone: (415) 705-2935; Fax: (415) 705-2945

Paralegal Specialist

April 2, 2002

Thomas G. Calabrese
329 Via Del Astro
Oceanside, California 92057-7339

Dear Mr. Calabrese:

We have received your appeal filed on <u>March 28, 2002</u>. We are returning it to you because it does not meet our filing requirements, for the following reason(s):

- You did not provide an original and one copy of your appeal and all attachments.
- The Board does not have plenary jurisdiction; rather, its jurisdiction are limited to certain specific types of actions, i.e., removals demotions, disability retirement denials, etc. *See* 5 C.F.R. § 1201.3. After a careful review of your submission, I have determined that you are attempting to appeal the agency action of placing you on paid administrative leave. A placement on paid administrative leave is not appealable to the Board. For your information please review the enclosed pamphlet titled "Questions & Answers About Appeals". If after reviewing the pamphlet you still believe that you have been affected by an action, which is appealable to the Board, then complete all items on the attached appeal form.

You must refile your appeal, with the above noted deficiencies corrected, within 10 calendar days (25 days for overseas locations) after the date you receive this notice. If you refile it by mail, the date of refiling is the postmark

ge - 2 -

date.  If you refile it by personal delivery, the date of refiling is the date it is received in the regional office.  If you do not refile your appeal, no further action will be taken in this matter.

Sincerely,

Larry A. Hunt
Paralegal Specialist

Enclosure



**UNITED STATES MARINE CORPS**
WESTERN AREA COUNSEL OFFICE
BOX 555231
CAMP PENDLETON, CALIFORNIA 92055-5231

IN REPLY REFER TO:
12752
6 Aug 01

Lonny A. Bartholomew
Administrative Judge
Merit Systems Protection Board
250 Montgomery Street, Suite 400
San Francisco, CA 94104-3401

RE:  *Thomas G. Calabrese v. Department of the Navy,* Docket No.
     SF-0752-01-0495-I-1

Dear Judge Bartholomew:

I have enclosed the agency's Motion to Dismiss for Lack of
Jurisdiction.

SHERYL G. GATEWOOD
Agency Representative

cc:  Mr. Calabrese

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
SAN FRANCISCO REGIONAL OFFICE

| | | |
|---|---|---|
| THOMAS G. CALABRESE,<br>　　　Appellant, | ) ) ) | DOCKET NUMBER<br>SF-0752-01-0495-I-1 |
| 　　　v. | ) ) | MOTION TO DISMISS |
| DEPARTMENT OF THE NAVY,<br>　　　Agency. | ) ) ) ) | DATE: August 6, 2001 |

MOTION TO DISMISS

The Board does not have jurisdiction to hear Appellant's appeal.  Appellant is currently a GS-07 Housing Manager who works in the Family Housing Department, Camp Pendleton, California.  Appellant does not allege any actions appealable to the Board by statute or regulation.  For the foregoing reasons, the appeal should be denied.

SHERYL G. GATEWOOD
Agency Representative

UNITED STATES OF AMERICA
MERIT SYSTEMS PROTECTION BOARD
SAN FRANCISCO REGIONAL OFFICE

| | | |
|---|---|---|
| THOMAS G. CALABRESE, | ) | DOCKET NUMBER |
| Appellant, | ) | SF-0752-01-0495-I-1 |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| DEPARTMENT OF THE NAVY, | ) | DATE: August 6, 2001 |
| Agency. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the enclosed document was sent by fax to the following:

Administrative Judge
Lonnie A. Bartholomew
Administrative Judge
Merit Systems Protection Board
San Francisco Regional Office
250 Montgomery Street, Suite 400
San Francisco, CA 94104-3401
FAX no: (415) 705-2945

I certify that a copy of the enclosed document was sent by regular U.S. mail, postage pre-paid, to the following:

Appellant
Thomas G. Calabrese
329 Via Del Astro
Oceanside, CA 92057-7339

Sheryl G. Gatewood
Agency Representative



**UNITED STATES MARINE CORPS**
WESTERN AREA COUNSEL OFFICE
BOX 555231
CAMP PENDLETON, CALIFORNIA 92055-5231

IN REPLY REFER TO:
12713
20 Oct 04

Mr. Thomas G. Calabrese
329 Via Del Astro
Oceanside, CA  92057-7339

Mr. Calabrese

    In previous correspondence, you requested ''Camp Pendleton
rescind its opposition to an Equal Employment Opportunity
Commission investigation into [your] complaints or harassment and
reprisals by [your] supervisors for reporting these acts of
misconduct on base.''  The Agency has processed your claims
consistent with applicable regulations and you were represented
by counsel during the process.  Please find enclosed copies of
the following:

    1) Merit Systems Protection Board (MSPB) initial decision,
    2) Final Agency Decision (FAD) on your complaint,
    3) MSPB final decision,
    4) Equal Employment Opportunity Commission (EEOC) decision
       on your request to review the MSPB final decision,
    5) EEOC decision on your appeal of the FAD, and
    6) EEOC decision on your request to EEOC for
       reconsideration of its decision on your appeal of the
       FAD.

As indicated by these decisions, you have fully exhausted your
rights to pursue such matters in these administrative forums.
Accordingly, the Agency must deny your request.


                          Major Robert R. Cheshire
                          United States Marine Corps
                          Regional Labor and Employment Counsel
                          Western Area Counsel Office
                          Bldg. 1254, Box 555231
                          Camp Pendleton, CA 92055-5231




Encl: Administrative Decisions

 Las Vegas Review-Journal     Donrey Newspapers

Tuesday, December 16, 1997

# Having the courage

**By Terrence M. Jackson**
Special to the Review-Journal

Earlier this month, in a 4-1 decision, the Nevada Supreme Court ruled that three former police officers should be immediately released on house arrest after having served less than one month of their jail sentences. I am troubled by this decision, not just because of the result, but because of the haste in which it was reached.

The Nevada Supreme Court's decision reminds me of the worst mistake the U.S. Supreme Court made in the past 100 years -- the decision in Plessey vs. Ferguson. In that case, the U.S. Supreme Court, in an 8-1 decision, held it was permissible for a railroad company to segregate its railroad cars into white-only and black-only cars because they were allegedly separate but equal. This "separate but equal" doctrine was responsible for more than another half century of segregation. Justice Harlan, the lone dissenter, recognized the fiction of "separate but equal" and had the courage to state that all men should be treated equally under the law regardless of their color.

Our state Supreme Court, in what seems a cynical political decision, has chosen to treat former police officers as separate and more than equal under the law; in a sense untouchables. If the Supreme Court had taken more time, it might have been influenced by the words of Justice Brandeis in Olmstead vs. United States:

"Decency, security, and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen ... Our government is the potent, omnipresent, teacher. For good or ill it teaches the whole people by its example. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law."

District Judge Lee Gates was reversed because he decided the three Metro officers who brutalized an arrestee should actually be punished and not given a proverbial slap on the wrist. Our state

Supreme Court apparently indulged in the fiction that Judge Gates infringed on the jail's power to decide who should be released early on house arrest. If the jail has the ultimate power to decide which individuals convicted of a crime should be released, why do we elect a judge and have a judge preside at a sentencing?

Strangely enough, in my 22 years as a public defender I have never had a client convicted of a crime of violence released early by the jail on house arrest. Of course my clients never had a Sheriff Jerry Keller advocating for their release.

State Supreme Court Justice Charles Springer should be commended for his dissent. His dissent will be remembered as a courageous statement for equal treatment under the law, just as the dissents of Justice Harlan in Plessey vs. Ferguson and Justice Brandeis in Olmstead vs. United States are praised by all who believe our laws should apply equally to everyone.

Thank you Justice Springer and thank you, Judge Gates, for having the courage to do what you thought was right even when politically unpopular.

Terrence M. Jackson is chief deputy public defender in the Clark County Public Defenders Office.

Agree or disagree? Write us at letters@lvrj.com

Fill out our Online Readers' Poll

[News] [Sports] [Business] [Lifestyles] [Neon] [Opinion] [in-depth]
[Columnists] [Help/About] [Archive] [Community Link] [Current Edition]
[Classifieds] [Real Estate] [TV] [Weather]
[EMAIL] [SEARCH] [HOME] [INDEX]

Brought to you by the Las Vegas Review-Journal.  Nevada's largest daily newspaper.

[an error occurred while processing this directive]

**Unable to scan this exhibit**.

Please see the case file in the clerk's office